### GORDON *v.* DETROIT ELECTION COMMISSION.

This case is controlled by *Burdick* v. *Secretary of State,* 373 Mich 578.

KELLY and O'HARA, JJ., dissenting.

Original petition by Lou Gordon and Thomas R. Sullivan against John P. O'Hara, Ed Carey, and Thomas D. Leadbetter, Chairman of City Election Commission for the City of Detroit, for order of superintending control in the nature of mandamus to compel vacation of their grant to Andrew C. Wood of incumbency designation on primary election ballot. Submitted July 30, 1964. (Calendar

No. 33, Docket No. 50,910.) Writ ordered to issue August 3, 1964. Opinion filed October 5, 1964.

*Lou Gordon* and *Thomas R. Sullivan* in *propriis personis.*

*Robert Reese,* Corporation Counsel, and *John D. O'Hair,* Assistant Corporation Counsel, for defendant City Election Commission of Detroit.

KAVANAGH, C. J. The action by defendant city election commission for the city of Detroit granting to Andrew C. Wood the incumbency designation on the ballot, at the primary election held September 1, 1964, "judge of recorder's court, traffic and ordinance division," is vacated and held for naught, for the reason the said Andrew C. Wood had not previously been elected to such office. This case is controlled by the decision of this Court in *Burdick* v. *Secretary of State,* 373 Mich 578.

No costs, a public question being involved.

BLACK, SOURIS, SMITH, and ADAMS, JJ., concurred with KAVANAGH, C. J.

KELLY, J. (*dissenting*). For the reasons stated in my dissenting opinion in *Burdick* v. *Secretary of State,* 373 Mich 578, 585, I dissented to the order entered herein on August 3, 1964.

O'HARA, J., concurred with KELLY, J.

DETHMERS, J., did not sit.